**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WORCESTER COUNTY**

| | | |
|---|---|---|
| AMANDA HOPKINS on behalf of herself and others similarly situated, | : | |
| | : | |
| Plaintiff, | : | Case No. 17-cv-40087-TSH |
| | : | |
| v. | : | |
| | : | |
| MODERNIZE, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT MOTION TO STAY

NOW COME the Plaintiff, Amanda Hopkins, and the defendant, Modernize, Inc., who respectfully request that the Court stay this action to allow the parties to pursue settlement negotiations. The parties request that the stay be extended for one month to allow the parties to complete negotiations and to enter into a settlement agreement. The stay would not impact the Court's Scheduling Order in any way. As a number of matters are pending before the Court, the parties wanted to notify the Court as to their settlement efforts to ensure the preservation of judicial resources.

WHEREFORE, the parties jointly request that this litigation be stayed for thirty days.

| | |
|---|---|
| MODERNIZE, INC.<br>By its attorneys, | AMANDA HOPKINS<br>By her attorneys, |
| | |
| */s/ Matthew Knowles*<br>Matthew Knowles<br>McDermott Will & Emery<br>28 State Street<br>Boston, MA 02109-1775<br>(617) 535 3885<br>mknowles@mwe.com | */s/ Matthew P. McCue*<br>Matthew P. McCue<br>The Law Office of Matthew P. McCue<br>1 South Avenue, Suite 3<br>Natick, Massachusetts 01760<br>(508) 655-1415<br>mmccue@massattorneys.net |

## CERTIFICATE OF SERVICE

2

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed through the Court's CM/ECF System on November 26, 2018 and a copy was automatically distributed to all counsel of records through that System.

_/s/Matthew P. McCue_____

2