**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WORCESTER DIVISION**

|  |  |
|---|---|
| **AMANDA HOPKINS** on behalf of herself and others similarly situated**,**<br><br>*Plaintiff*<br><br>v.<br><br>**MODERNIZE, INC.**<br><br>*Defendant* | Civil Action No. 4:17-cv-40087-TSH |

**JOINT MOTION TO EXTEND STAY BY 15 DAYS**

The Court previously issued a 30-day stay in this case to facilitate settlement discussions. ECF No. 81.

Defendant Modernize, Inc. ("Modernize") and Plaintiff Amanda Hopkins ("Hopkins") respectfully request that the Court extend this stay for an additional 15 days, to facilitate completion of their settlement negotiations. The parties respectfully submit that the stay would not impact the Court's Scheduling Order in any way. As a number of matters are pending before the Court, the parties wanted to notify the Court as to their settlement efforts to ensure the preservation of judicial resources.

WHEREFORE, the parties jointly request that this litigation be stayed for an additional 15 days.

Respectfully Submitted,

1

MODERNIZE, INC.
By its attorneys,

*/s/ Shamis N. Beckley*
Robert J. Cordy (BBO #99720)
Matthew L. Knowles (BBO #678935)
Shamis N. Beckley (BBO #697425)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
Telephone: +1 617 535 4000
Fax: +1 617 535 3800
E-mail:  rcordy@mwe.com
         mknowles@mwe.com
         sbeckley@mwe.com

Aaron M. Scolari (admitted *Pro Hac Vice*)
ROGERS JOSEPH O'DONNELL, PC
Robert Dollar Building
311 California Street, 10th Floor
San Francisco, CA 94104
Telephone: +1 415 365 5348
Fax : +1 415 956 6457
E-mail: ascolari@rjo.com

Date:   December 26, 2018

AMANDA HOPKINS
By her attorneys,

*/s/ Matthew P. McCue (with consent)*
Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
mmccue@massattorneys.net

**Certificate of Service**

I certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

Date:   December 26, 2018

/s/ Shamis N. Beckley
Shamis N. Beckley (BBO #697425)